AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Kristen Berly | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-cv-8702 |
| Gramercy Cardiac Diagnostic Services, P.C., et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KRISTEN BERLY.

Date:     09/19/0201

*Attorney's signature*

Mitchell B. Pollack (MP-7501)
*Printed name and bar number*

Mitchell Pollack & Associates, PLLC
150 White Plains Road, Suite 310
Tarrytown, NY 10591

*Address*

mpollack@mpollack.com
*E-mail address*

(914) 332-0700
*Telephone number*

(914) 332-9191
*FAX number*