

**Douglas E. Rowe**
Partner
DIRECT DIAL 516.296.7102
Drowe@certilmanbalin.com

> Application granted. The Court will docket the "so-ordered" settlement agreement under seal. The parties are directed to file the Stipulation of Dismissal, subject to the terms of the agreement, within ten days of the date the Court "so-orders" the settlement agreement (see p. 6).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 9, 2021

Re: *Kristen Berly v. Gramercy Cardiac Diagnostic Services, P.C. et al.*
    SDNY Case No.:19-CV-8702(NSR)(JCM)

Dear Magistrate Judge Judith C. McCarthy:

This firm represents the defendants Gramercy Cardiac Diagnostic Services, P.C., Practice Builders Medical Management, LLC, Dr. Klaus Peter Rentrop, Paul Strohmenger, Carlo Della Ragione, Eileen Kenny, and Infolink Management, Inc. (collectively referred to as the "Defendants") in connection with this matter. This joint letter motion is filed in connection with your Honor's order that the parties file their Settlement Agreement by March 8, 2021 so that the Court may retain jurisdiction over the duration of the settlement period.

As the confidentiality of the Settlement Agreement is a term of the Settlement Agreement itself, the parties respectfully request that the Settlement Agreement be filed under seal. *See* United States v. Glens Falls Newspapers, Inc., 160 F.3d 853, 856 (2d Cir. 1998) (denying a newspaper access to a settlement agreement, noting that adhering to the express and shared wishes of confidentiality encourages settlement of litigation); *see also* Schoeps v. Museum of Modern Art, 603 F. Supp. 2d 673, 676 (S.D.N.Y. 2009)("the Second Circuit strongly endorses the confidentiality of settlement agreements in virtually all cases").

                Very truly yours,

                CERTILMAN BALIN ADLER & HYMAN, LLP

                By: _____/S/_____
SO ORDERED                      Douglas E. Rowe, Esq.

_____
Magistrate Judge Judith C. McCarthy