UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KRISTEN BERLY,

                Plaintiff,

v.

                                      ORDER

GRAMERCY CARDIAC DIAGNOSTIC
SERVICES, P.C., et al.,                      19-CV-08702 (PMH)

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      In light of the Court's 3/9/2021 Order directing the parties to file the Stipulation of Dismissal, subject to the terms of the parties' "so-ordered" Settlement Agreement (Doc. 49), by 3/19/2021, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

SO ORDERED.

Dated: White Plains, New York
       March 26, 2021

                                                               _____
                                                               Philip M. Halpern
                                                               United States District Judge